UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYANNA BERRY, <br><br>                             Plaintiff, <br><br>-against- <br><br>FEDERAL BUREAU OF INVESTIGATION, et al., <br><br>                            Defendants. | 24-CV-1753 (LTS) <br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 7, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 7, 2024
         New York, New York

                                                     /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                 Chief United States District Judge