UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYANNA BERRY,<br><br>                              Plaintiff,<br><br>        -against-<br><br>FEDERAL BUREAU OF INVESTIGATION, ET AL.,<br><br>                              Defendants. | 24-cv-1753 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 22, 2024, order, this action is dismissed for failure to state a claim.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  October 17, 2024
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                Chief United States District Judge